ANNIE DAWSON, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Dawson* v. *Brooklyn Heights R. R. Co.*, 141 App. Div. 919, affirmed.
(Argued January 27, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 22, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*J. M. Carpenter, D. A. Marsh* and *George D. Yeomans* for appellant.

*Ralph G. Barclay* and *Robert Stewart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.